IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| CAMERON BUIE, | ) |
| Plaintiff, | ) |
| v. | ) CV 305-111 |
| SAAD HAAD, et al., | ) |
| Defendants. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice and the Clerk is **DIRECTED** to **CLOSE** the case.

SO ORDERED this 23rd day of November, 2005, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE